IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERT A. RADNICK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   No. 1:06cv636 |
| | ) |
| FRANCIS HARVEY, | ) |
| SECRETARY OF THE ARMY, | ) |
| | ) |
| AND | ) |
| | ) |
| THE ARMY BOARD FOR CORRECTIONS OF | ) |
| MILITARY RECORDS, | ) |
| | ) |
|     Defendants. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, the defendants' Motion for Summary Judgment is GRANTED and the plaintiff's Cross-Motion for Summary Judgment is DENIED. Accordingly, it is hereby

ORDERED that the Clerk enter judgment pursuant to Fed. R. Civ. P. 58 in the defendants' favor.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered this 11th day of October, 2006.

                                         _____/s/_____
                                         Leonie M. Brinkema
                                         United States District Judge

Alexandria, Virginia